UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELLE FARMER,<br>        Plaintiff,<br><br>vs.<br><br>THE MELTING POT, LLC<br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3099-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., Chief Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for plaintiff's failure to respond to the Court's Show Cause Order.

Dated at Atlanta, Georgia, this 4th day of December, 2015.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                                    By:   s/Andrea Gee
                                                            Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 4, 2015
James N. Hatten
Clerk of Court

By: s/Andrea Gee
        Deputy Clerk